

# IN THE
# TENTH COURT OF APPEALS

No. 10-22-00241-CV

VINCIN CAMPISE,

Appellant

 v.

HECTOR DAVILLA, VICTOR MERILES
AND OLONZO ROBLES,

Appellees

From the 82nd District Court
Robertson County, Texas
Trial Court No. 22-04-21435-CV

## MEMORANDUM OPINION

On July 26, 2022, appellant, Vincin Campise, filed a notice of appeal challenging

the trial court's June 27, 2022 order granting a motion to transfer venue in favor of

appellees, Hector Davilla, Victor Meriles, and Olonzo Robles.  We notified appellant that,

unless he showed grounds for continuing the appeal, we would dismiss this appeal for

want of jurisdiction because it appeared to be an appeal of a non-appealable interlocutory

order.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 15.064(a) (providing that "[n]o

interlocutory appeal shall lie from the [venue] determination"); *see also* TEX. R. CIV. P. 87(6) (stating that "[t]here shall be no interlocutory appeals from [an adverse venue] determination").

Appellant has not responded to our notice showing grounds for continuing this appeal. We do not have jurisdiction over the order transferring venue. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 15.064(a); TEX. R. CIV. P. 87(6); *see also McCray v. Reid*, No. 10-06-0117-CV, 2006 Tex. App. LEXIS 8279, at *1 (Tex. App.—Waco Sept. 20, 2006, pet. denied) (mem. op.) (dismissing an appeal from an interlocutory order transferring venue for want of jurisdiction). We therefore dismiss this appeal.

STEVE SMITH
Justice

Before Chief Justice Gray,
  Justice Johnson,
  and Justice Smith
Appeal dismissed
Opinion delivered and filed August 31, 2022
[CV06]